**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/4/22__
```

UNITED STATES OF AMERICA,

      -against-

ALBERTO CASTELLANO,

             Defendant.

<u>ORDER</u>

**01 Cr. 00619 (VM)**

**VICTOR MARRERO, United States District Judge.**

On November 13, 2020, the Court stayed the proceedings regarding defendant Alberto Castellano's ("Castellano") successive 28 U.S.C. § 2255 petition, pending the resolution of one or more of the following appeals before the Second Circuit: <u>United States v. McCoy</u>, No. 17-3515; <u>United States v. Collymore</u>, No. 19-596; <u>United States v. Morris</u>, No. 16-6. (<u>See</u> Dkt. No. 397.)

On July 27, 2021, the Court also stayed the resolution of Castellano's successive petition pending the Supreme Court's decision in <u>United States v. Taylor</u>, No. 20-1459. (<u>See</u> Dkt. No. 405.) On June 21, 2022, the Supreme Court issued its decision in <u>Taylor</u>. <u>See</u> 142 S. Ct. 2015 (2022). The Supreme Court also remanded <u>McCoy</u>, <u>Collymore</u>, and <u>Morris</u> for consideration in light of <u>Taylor</u>.

Accordingly, it is hereby

**ORDERED** the resolution of defendant Alberto Castellano's successive 28 U.S.C. § 2255 petition will continue to be held in abeyance pending a decision in one or more of the following cases:

1

<u>United States v. McCoy</u>, No. 17-3515; <u>United States v. Collymore</u>, No. 19-596; <u>United States v. Morris</u>, No. 16-6. The Clerk of Court is directed to mail a copy of this Order to Alberto Castellano, Register Number 12212-069, USP Lewisburg, U.S. Penitentiary, P.O. Box 1000, Lewisburg, PA 17837, and note service on the docket.

**SO ORDERED.**

Dated: August 4, 2022
      New York, New York

                                         Victor Marrero
                                             U.S.D.J.