

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 7, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/9/2024
```

**BY ECF**
The Honorable Victor Marrero
United States District Judge
500 Pearl Street
New York, NY 10007

Re: *United States v. Rodriguez,* et al. *(Castellano)*, 1:01-cr-00619-VM

Dear Judge Marrero,

    The Government writes respectfully to seek a two-week extension of the deadlines for its opposition to the defendant Alberto Castellano's motion to vacate his convictions (from October 8 to October 22) and for the defendant's reply in further support of his motion (from October 22 to November 5). This is the Government's first request for an extension of the briefing schedule. The additional time would permit the Government to gather certain additional information about the long-running case and adequately address the range of arguments raised by the defendant concerning both his convictions and his request for resentencing *de novo*. The defendant does not object to the Government's request.

    Very truly yours,

    DAMIAN WILLIAMS
    United States Attorney

by: _____
    Justin Horton
    Assistant United States Attorney
    (212) 637-2276

cc: Kendra Hutchison, Esq.

**Request GRANTED.**

The Government's Opposition to Defendant's motion to vacate is due October 22, 2024. Defendant's Reply is due November 5, 2024.

**SO ORDERED.**

10/9/2024
_____
DATE                                   VICTOR MARRERO, U.S.D.J.