```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       - against -

ALBERTO CASTELLANO,

       Defendant.

01 CR 619 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

On April 30, 2025, defendant Alberto Castellano ("Defendant") filed a motion for reconsideration pursuant to Fed. R. Civ. P. 59(e). (See Dkt. No. 476.) On September 4, 2025, this Court issued an order directing the Government to respond within thirty (30) days. (See Dkt. No. 480.) The Court hereby orders the Government to show cause for its failure to respond or submit a response to Defendant's motion within fourteen (14) days by letter not to exceed three (3) pages.

**SO ORDERED.**

Dated:   23 October 2025
        New York, New York

_____
Victor Marrero
U.S.D.J.

1